## NEILSON v. OAKES.   (No. 7904.)

Court of Civil Appeals of Texas. San Antonio.
Feb. 8, 1928.

**Appeal and error ⬤⇒773(4)—Judgment must be affirmed, where appellant filed no briefs, and record presented no fundamental error on its face.**

Where record on its face presented no fundamental error, and appellant filed no briefs in cause, judgment must be affirmed.

Appeal from Willacy County Court; B. S. Wright, Judge.

Proceeding between S. P. Neilson and D. W. Oakes. From the judgment, S. P. Neilson appeals. Affirmed.

Carter & Stiernberg and F. Moran, all of Harlingen, and H. G. Hart, of Raymondville, for appellant.

R. F. Robinson and A. B. Crane, both of Raymondville, for appellee.

SMITH, J. Appellant has filed no briefs in this cause, and, accordingly, if the record presents no fundamental error, the judgment must be affirmed. We have inspected the record, upon the face of which there appears no fundamental error.

Wherefore, the judgment is affirmed.